AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RICARDO LAMONT SELDON**
**DOB: 02/28/83**
**PDID: 515-285**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**JUNE 28, 2005**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant(s) did, (Track Statutory Language of Offense)

did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __**21**__ United States Code, Section(s) _____**and 841(a)(1)**_____ .

I further state that I am __**OFFICER CHARLES HOETZEL**__ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**OFFICER CHARLES HOETZEL**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at _____**Washington, D.C.**_____
Date                                                                                             City and State

_____            _____
**Name & Title of Judicial Officer**                                    **Signature of Judicial Officer**