**STATEMENT OF FACTS**

On Tuesday, June 28, 2005, at about 11:00 p.m., sworn officers with the Metropolitan Police Department's Fourth District were in the 300 block of Delafield Place, N.W., Washington, D.C. where they saw the defendant, Ricardo Seldon, standing on the corner. The defendant proceeded to run when he saw the officers. As the defendant was running, he reached into his waistband, pulled out a gun and threw it to the ground along with a plastic bag. Officers apprehended the defendant and placed him under arrest. Immediately after the defendant dropped the weapon, a loaded Ruger model P-85 9mm handgun was recovered by the police. The police also recovered a ziploc containing two large pieces of a white rock substance, which appeared to be crack cocaine base, weighing about 8.3 grams. The white rock substance field tested positive for cocaine. The defendant was placed under arrest. In the officer's experience, the amount and packaging of the crack cocaine indicate that it was intended for distribution rather than for personal use.

                                        OFFICER CHARLES HOETZEL
                                        METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF JUNE, 2005

                                        U.S. MAGISTRATE JUDGE